**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) ) | CASE NO. 1:24-cv-209 |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FRANK SINITO, *et al.*, | ) | **JUDGMENT ENTRY** |
| Defendants. | ) ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, Plaintiff's motion for summary judgment (ECF No. 22) is **GRANTED**.  Judgment as a matter of law is entered in favor of Plaintiff Fidelity and Deposit Company of Maryland and against Defendants American Preservation Builders, LLC, Millennia Housing Development, Ltd., Millennia Housing Management, Ltd., Frank Sinito, and Malisse Sinito, jointly and severally, in the amount of $368,153.00.  Defendants are also **ORDERED** to furnish Plaintiff Fidelity and Deposit Company of Maryland with access to the books, records, and accounts of Defendants and any entity under the control of any Defendant, in accordance with the Indemnity Agreement.  This case is closed.

 **IT IS SO ORDERED.**

Date: November 13, 2025

_____
**CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE**